**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re:<br>CHARLES E MOORE<br>SHARON MOORE<br>　　　　Debtor(s) | Case No. 12-42268 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

　　　Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　1) The case was filed on 10/24/2012, and was converted to chapter 13 on 10/24/2012.

　　2) The plan was confirmed on 02/27/2013.

　　3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

　　4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

　　5) The case was dismissed on 11/19/2014.

　　6) Number of months from filing to last payment: 20.

　　7) Number of months case was pending: 28.

　　8) Total value of assets abandoned by court order: NA .

　　9) Total value of assets exempted: NA .

　　10) Amount of unsecured claims discharged without payment: $0.00.

　　11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $10,780.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $10,780.00

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $520.63 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,020.63

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVOCATE MEDICAL GROUP | Unsecured | NA | 2,337.63 | 2,337.63 | 0.00 | 0.00 |
| Afni, Inc. | Unsecured | 472.00 | 472.15 | 472.15 | 0.00 | 0.00 |
| AUTO CLUB GROUP | Unsecured | 618.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA NA | Unsecured | 3,442.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 1,191.00 | NA | NA | 0.00 | 0.00 |
| CITY OF ADDISON | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF FINANCI | Unsecured | 440.00 | NA | NA | 0.00 | 0.00 |
| CITY OF COUNTRY CLUB HILLS | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY TREASURER | Secured | NA | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION B | Unsecured | 208.00 | NA | NA | 0.00 | 0.00 |
| DEPT STORES NATIONAL BANK/MAC | Unsecured | 233.00 | 233.14 | 233.14 | 0.00 | 0.00 |
| DUPAGE EMERGENCY PHYSICIANS | Unsecured | 516.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | 63,591.00 | 16,171.41 | 16,171.41 | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 1,099.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 241,357.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD MORTGAGE COMPANY | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD MORTGAGE COMPANY | Secured | 150,000.00 | 378,027.36 | 0.00 | 0.00 | 0.00 |
| FIFTH THIRD MORTGAGE COMPANY | Secured | NA | 31,932.82 | 0.00 | 0.00 | 0.00 |
| GLOBAL PAYMENTS | Unsecured | 381.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTIONS SERVICE | Unsecured | 3,987.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 300.00 | 1,779.37 | 1,779.37 | 314.32 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | NA | 722.48 | 722.48 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 4,871.43 | 4,871.43 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,600.00 | 1,683.28 | 1,683.28 | 461.51 | 0.00 |
| JPMORGAN CHASE BANK NA | Unsecured | 10,033.00 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Secured | 10,033.00 | 9,218.33 | 9,218.33 | 5,523.39 | 460.15 |
| KNOWLEDGE LEARNING CORP | Unsecured | 1,287.00 | 1,287.00 | 1,287.00 | 0.00 | 0.00 |
| LISLE WOODRIDGE FIRE | Unsecured | 1,090.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 2,986.00 | 4,165.28 | 4,165.28 | 0.00 | 0.00 |
| LVNV FUNDING | Secured | 780.00 | 780.00 | 780.00 | 0.00 | 0.00 |
| MCSI INC | Unsecured | 1,500.00 | 3,200.00 | 3,200.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MEDICAL BUSINESS BUREAU | Unsecured | 462.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU | Unsecured | 54.00 | NA | NA | 0.00 | 0.00 |
| MEMORIAL PARK DISTRICT | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO | Unsecured | 233.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | NA | 308.67 | 308.67 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 17,806.00 | 16,920.72 | 16,920.72 | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 519.00 | 610.37 | 610.37 | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 564.00 | 564.06 | 564.06 | 0.00 | 0.00 |
| PROGRESSIVE INSURANCE | Unsecured | 212.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 8,874.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SVCS | Unsecured | 13,721.00 | 23,135.77 | 23,135.77 | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 639.00 | NA | NA | 0.00 | 0.00 |
| ST JAMES HOSPITAL & HEALTH CTR | Unsecured | 4,519.00 | NA | NA | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | 751.00 | 350.87 | 350.87 | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | NA | 266.71 | 266.71 | 0.00 | 0.00 |
| UNITED RESOURCE SYSTEMS | Unsecured | 1,103.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | NA | 118,542.42 | 118,542.42 | 0.00 | 0.00 |
| US DEPT OF HOUSING & URBAN DEV | Unsecured | NA | NA | 19,118.12 | 0.00 | 0.00 |
| US DEPT OF HOUSING & URBAN DEV | Secured | NA | 19,118.12 | 19,118.12 | 0.00 | 0.00 |
| VERIZON WIRELESS/GREAT | Unsecured | 472.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF HAZEL CREST | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF HILLSIDE | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF OLYMPIA FIELDS | Unsecured | 250.00 | 250.00 | 250.00 | 0.00 | 0.00 |
| VILLAGE OF OLYMPIA FIELDS | Unsecured | NA | 250.00 | 250.00 | 0.00 | 0.00 |
| VILLAGE OF RICHTON PARK | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $9,218.33 | $5,523.39 | $460.15 |
| All Other Secured | $19,898.12 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$29,116.45** | **$5,523.39** | **$460.15** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,462.65 | $775.83 | $0.00 |
| **TOTAL PRIORITY:** | **$3,462.65** | **$775.83** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$213,778.23** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $4,020.63 |
| Disbursements to Creditors | $6,759.37 |
| **TOTAL DISBURSEMENTS** : | **$10,780.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/03/2015                    By: /s/ Tom Vaughn
                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**